UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00051-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  JOSHUA LICONA,

      Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, March 10, 2010,** and responses to these motions shall be filed by **Friday, March 19, 2010.**  It is

FURTHER ORDERED that a 4-day jury trial is set to commence on **Monday, April 5, 2010, at 9:00 a.m.** in courtroom A-1002.  Finally, it is

ORDERED that the parties shall promptly advise the Court if a hearing on pending motions and/or final trial preparation conference needs to be set.

Dated this 28th day of January , 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge