IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00051-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSHUA LICONA,

    Defendant.

---

## ORDER

---

    THIS MATTER coming before the Court upon motion of the government to dismiss Count 1 of the Indictment in the above-entitled matter, and the Court having considered the same, it is hereby

    ORDERED that Government's Motion to Dismiss (doc. #96), filed January 28, 2011, is **GRANTED.**  It is further

    ORDERED that Count 1of the Indictment in the above-captioned matter is dismissed.

    Dated this 22nd day of February, 2011.

                                 BY THE COURT:


                                 s/ Wiley Y. Daniel
                                 WILEY Y. DANIEL,
                                 CHIEF UNITED STATES DISTRICT JUDGE